*FILED*
2010 NOV -4 P 1: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William Storm Bleecker - #07978    CV 10 80 261 MISC

_____/

VRW

**ORDER TO SHOW CAUSE**

It appearing that William Storm Bleecker has been suspended for 60 days by the Supreme Court of California effective August 18, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.



Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

William Storm Bleecker
Attorney At Law
717 College Ave 1FL
Santa Rosa, CA 95404

United States District Court
For the Northern District of California