**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-10-80261 MISC VRW

William Storm Bleecker,
                                     ORDER
    State Bar No 079787
_____/

On November 4, 2010, the court issued an order to show cause (OSC) why William Storm Bleecker should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension for sixty days by the State Bar of California effective August 18, 2010.

The OSC was mailed to Mr Bleecker's address of record with the State Bar on November 8, 2010. Mr Bleecker filed no response. The California State Bar web site indicates that Mr Bleecker is on active status as of October 18, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

William Storm Bleecker

_____/

Case Number: CV10-80261 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Storm Bleecker
717 College Ave 1st floor
Santa Rosa, CA 95404


Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*